# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**14  1741**

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.
**BANKRUPTCY RECORD ON APPEAL**

Address of Plaintiff: IN RE: __649 Dodds Lane__

Post office: __Gladwyn, PA__  County: _____

Address of Defendant: _____ Post office: _____ County: _____ Place of incident, or transaction: _____ Post office: _____

County: _____ (Use Reverse Side for Additional Space)

Does this case involve multidistrict litigation possibilities?  Yes ☐  No ☒

RELATED CASE, IF ANY:
Case Number: __13CV4308__  Judge: __Cynthia M. Rufe__  Date Terminated: _____

Civil cases are deemed related when yes in answered to any of the following questions:

1.) Is this case related to property included in an earlier numbered suit  Yes ☐  No ☐

MAR 24 2014  Yes ☐  No ☐

THIS CASE IS RELATED TO: __13cv4308__  Yes ☐  No ☐

CIVIL ACTION NO.
CRIMINAL NO.  **14-1741**

**Diversity Jurisdiction Cases:**
☐ Insurance Contract and Other Contracts
☐ Airplane Personal Injury
☐ Assault, Defamation
☐ Marine Personal Injury
☐ Motor Vehicle Personal Injury
☐ Other Personal Injury (Please specify)
☐ Products Liability
☐ Products Liability - Asbestos
☐ All other Diversity Cases (Please Specify)

ASSIGNED TO: __Judge Cynthia M. Rufe__

11.) (Please Specify)
☒ All other Federal Question Cases
(Please specify) __Bankruptcy Appeal__

## ARBITRATION CERTIFICATION

I, _____, counsel of record do hereby certify pursuant to Local Civil Rule 8, Section 4(a)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

Date _____  Attorney-At-Law _____

☒ BANKRUPTCY APPEAL

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

Date __3/24/14__  Attorney-At-Law __Steve Torres, Deputy Clerk__

CIV 609 (7/98)

MAR 24 2014