# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: JOSEPH GRASSO,<br>  Debtor | CIVIL ACTION<br><br>NO. 14-1741 |

## ORDER

**AND NOW**, this 10th day of July 2014, upon consideration of Paul Winterhalter's Appeal from the Order of Bankruptcy Judge Magdeline D. Coleman Entered January 17, 2014 (No. 12-bk-11063 (Bkr. E.D. Pa.), Doc. No. 1007) and the record and briefing relevant thereto, for the reasons stated in the accompanying Memorandum Opinion it is hereby **ORDERED** that the Order is **VACATED** and the case is **REMANDED** to the Bankruptcy Court for proceedings consistent with the Memorandum Opinion.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**